

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00193-CR

| | | |
|---|---|---|
| HOWARD WAYNE BAKER, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1497784R) |
| v. | § | April 9, 2020 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM